Chris Powell
SCI-Somerset, #
1600 Walker mill road
Somerset, PA 15510

Clerk of the court
united states District court Eastern District
601 market st
phila, PA 19106

Greetings:
    I'm writing so that i may recieve a 2254 HABeas corpus form please.

Respectfully written,

Date: 5-29-2022

Chriss Powell

Smart Communications/PADOC
SCI-Somerset
Name Chris Powell
Number HN0158
PO Box 33028
St Petersburg, FL 33733



RECEIVED
JUN - 2022

PA Dept of Corrections
INMATE MAIL

Clerk Of The Court
United States District Court Eastern District
601 Market St
Phila PA 19106

US POSTAGE PITNEY BOWES
ZIP 15510 $000.53⁰
02 1W
0001397502 MAY 31. 2022

PAE AO 241 (Rev. 05/2018)

Page 4

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Pennsylvania |
|---|---|
| **Name (under which you were convicted):** Chriss Powell | **Docket or Case No.:** CP-51-CR-0511333-2006 |
| **Place of Confinement:** SCI Somerset | **Prisoner No.:** HN0158 |
| **Petitioner** (Include the name under which you were convicted): Chriss Powell | **Respondent** (Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner): Eric Tice |
| | and |
| v. | |
| | The District Attorney of the County of: Philadelphia |
| | and |
| | The Attorney General of the State of: Shapiro |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Court Of Common Pleas Of Philadelphia

   (b) Criminal docket or case number (if you know): CP-51-CR-0511333-2006

2. (a) Date of judgment of conviction (if you know): December 4, 2007

   (b) Date of sentencing: April 17, 2008

3. Length of sentence: 62 To 120 Years

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Attempted Murder, Aggravated Assault, Criminal Conspiracy. Carrying Firearm Without A License.

PAE AO 241
(Rev. 05/2018)

Page 5

6.   (a) What was your plea? (Check one)

☑ (1) Not Guilty      ☐ (3) Nolo contendere (no contest)

☐ (2) Guilty      ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? **NA**

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury      ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes      ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes      ☐ No

9. If you did appeal, answer the following:

(a) Name of court: **Superior Court**
(b) Docket or case number (if you know): **No 1470 EDA 2008**
(c) Result: **Affirmation**
(d) Date of result (if you know): **November 19, 2010**
(e) Citation to the case (if you know): **N/A**
(f) Grounds raised: **The Trial Court Erroneously Instructed The Jury That It Could Convict The Appellant Based on His Mere Presence 2) The Trial court Erred By Not Declaring A Mistrial After The Prosecutor's Presentation Of The Victims Testimony. 3) The Trial Court Erred By Not Sustaining The Appellant's Objection Or Declaring A Mistrial Due To Prosecutorial Misconduct During Closing Arguments Where The Prosecutor Improperly Told The Jury That Mere Presence was Sufficient Proof Of The Existence Of A Conspiracy. 4) The Aggregate Sentence Of 62½ To 125 Years Imprisonment Imposed Upon The Appellant.**

(g) Did you seek further review by a higher state court?

☑ Yes      ☐ No

If yes, answer the following:
(1) Name of court: Pennsylvania Supreme Court
(2) Docket or case number (if you know): NO. 718 Eal 2011
(3) Result: It Being Denied
(4) Date of result (if you know): December 5, 2011
(5) Citation to the case (if you know): No. 718 EAL 2011
(6) Grounds raised: Same

(h) Did you file a petition for certiorari in the United States Supreme Court?
☐ Yes    ☒ No

If yes, answer the following:
(1) Docket or case number (if you know): N/A
(2) Result: N/A
(3) Date of result (if you know): N/A
(4) Citation to the case (if you know): N/A

(i) Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
☐ Yes    ☒ No

10. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of court: N/A
    (2) Docket or case number (if you know): N/A
    (3) Date of filing (if you know): N/A
    (4) Nature of the proceeding: N/A
    (5) Grounds raised: N/A

PAE AO 241
(Rev. 05/2018)

Page 7

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(b) If you filed any second petition, application, or motion, give the same information:
(1) Name of court: __Common Pleas of Philadelphia__
(2) Docket or case number (if you know): __CP-51-CR-0511333-2006__
(3) Date of filing (if you know): __January 24, 2014__
(4) Nature of the proceeding: __Post Conviction Relief__
(5) Grounds raised: __1) Denied Rights to a Public Trial During Jury Selection. 2) Denied Rights to Fair Trial as a Result of the Prosecutors Misconduct when she Made certain Statements to the Jury. 3) Trial Attorney & Appellate Attorney were Ineffective for Failing to Request an Alibi Instruction to the Jury.__

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☒ No

(7) Result: __N/A__
(8) Date of result (if you know): __N/A__

(c) If you filed any third petition, application, or motion, give the same information:
(1) Name of court: __N/A__
(2) Docket or case number (if you know): __N/A__
(3) Date of filing (if you know): __N/A__
(4) Nature of the proceeding: __N/A__
(5) Grounds raised: __N/A__

PAE AO 241 (Rev. 05/2018)

Page 8

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☑ No

(7) Result: __N/A__

(8) Date of result (if you know): __N/A__

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion:

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition:  ☐ Yes   ☑ No
(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

__N/A__

11. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Violation Fifth And Fourteenth Amendment Right To Jury Trial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Trial Court Commit Reversible Error By Instructing The Jury That It Could Convict Him Of The Crime Of Conspiracy And All Of The Underlying Crimes Based On His Mere Presence At The Scene Of The Crime.

PAE AO 241
(Rev. 05/2018

Page 9

(b) If you did not exhaust your state remedies on Ground One, explain why: __N/A__

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        ☑ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? __N/A__

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        ☑ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: __N/A__

        Name and location of the court where the motion or petition was filed: __N/A__

        Docket or case number (if you know): __N/A__

        Date of the court's decision: __N/A__

        Result (attach a copy of the court's opinion or order, if available): __N/A__

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No
    (4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No
    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
        ☑ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed: __Superior Court of The Eastern District__

        Docket or case number (if you know): __NO. 1470 EDA 2008__

        Date of the court's decision: __11-19-2010__

PAE AO 241
(Rev. 07/10)

Page 10

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A__

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: __N/A__

**GROUND TWO:** Violation Of Fifth And Fourteenth Amendment Right To Jury Trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The Trial Court Err By Overruling The Objection And Or Not Declaring A Mistrial Where The Prosecutor Committed Misconduct By Telling The Jury That It Could Convict Him Based Upon His Mere Presence At The Scene Of The Crime.

(b) If you did not exhaust your state remedies on Ground Two, explain why: __N/A__

(c) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       ☑ Yes   ☐ No

PAE AO 241
(Rev. 07/10)

Page 11

(2) If you did not raise this issue in your direct appeal, explain why? __N/A__

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __N/A__
Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion or petition?   ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   ☑ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __Superior Court OF Eastern District__
Docket or case number (if you know): __CP-51-CR-0511333-2006__
Date of the court's decision: __Oct 14, 2021__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A__

PAE AO 241 (Rev. 07/10)                                                                 Page 12

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: **N/A**

GROUND THREE: Violation Of Fifth And Fourteenth Amendment Right To Jury Trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
That The Prosecutor In This Case Engaged In Prosecutorial Misconduct By Violating His Right Against Self-Incrimination By Making Certain Statements During The Commonwealth's Closing Argument To The Effect That The Petition Would Have Said Something If He Wasn't A Part Of This Crime.

(b) If you did not exhaust your state remedies on Ground Three, explain why: **N/A**

(c) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       ☑ Yes        ☐ No
   (2) If you did not raise this issue in your direct appeal, explain why? **N/A**

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
       ☐ Yes        ☐ No
   (2) If your answer to Question (d)(1) is "Yes," state:
       Type of motion or petition: **N/A**

PAE AO 241 (Rev. 07/10)

Page 13

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Superior Courts Of Eastern District

Docket or case number (if you know): CP-51-CR-0511333-2006

Date of the court's decision: Oct 14, 2021

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** Violation Of Sixth Amendment To Effective Assistance Of Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

he Failure Of His Trial Counsel To Request The Trial Judge To Give N Alibi Instruction To The Jury When There Was Evidence To The act That The Trial Counsel Mentioned To The Fact Of His Alibi To The Jury During His Closing Arguments.

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: __N/A__
_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        ☑ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why? __N/A__
_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☑ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: __Post Conviction Relief__
    Name and location of the court where the motion or petition was filed: __P.C.R.A Courts__
    Docket or case number (if you know): __CP-51-CR-0511333-2006__
    Date of the court's decision: __7-7-20__
    Result (attach a copy of the court's opinion or order, if available): __N/A__
_____

    (3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
    (4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

PAE AO 241
(Rev. 07/10)

Page 15

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: Superior Court OF Eastern District
Docket or case number (if you know): CP-51-CR-0511333-2006
Date of the court's decision: 10-14-21
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

12. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?
☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: N/A

13. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

☐ Yes  ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?

☒ Yes  ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: P.C.R.A Courts Of Philadelphia. CP-51-CR-0511333-2006 late Exhaustion of Martinez V. Ryan Of Trial Counsel Ineffectiveness As It Relates To Critical Stage.

15. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Robert Dixon

(b) At arraignment and plea: Robert Dixon

PAE AO 241 (Rev. 07/10)

Page 17

  (c) At trial: **Robert Dixon**

  (d) At sentencing: **Robert Dixon**

  (e) On appeal: **Lloyd Long Everett III**

  (f) In any post-conviction proceeding: **Mark D. Mungello**

  (g) On appeal from any ruling against you in a post-conviction proceeding: **Mark D. Mungello**

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

  ☐ Yes    ☒ No

  (a) If so, give the name and location of the court that imposed the other sentence you will serve in the future: **N/A**

  (b) Give the date the other sentence was imposed: **N/A**

  (c) Give the length of the other sentence: **N/A**

  (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?

  ☐ Yes    ☒ No

17. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition* **N/A**

PAE AO 241 (Rev. 07/10)

Page 18

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State Court. The limitation period shall run from the latest of -

 (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

 (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

 (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

 (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __N/A__

_____

_____

_____

or any other relief to which petitioner may be entitled.

_____
*Signature of Attorney (if any)*

Case 2:22-cv-02552-CMR    Document 1    Filed 06/29/22    Page 18 of 20

PAE AO 241
(Rev. 07/10)

Page 19

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___6__ /_14_ _22_____.
(month, date, year)

Executed (signed) on __6-14-22_____(date).

_____
Signature of Petitioner

If the person signing is not the petitioner, state the relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____
_____
_____

Smart Communications/PADOC
Sci Somerset
Chriss Powell
HN0158
PO Box 33028
St Petersburg FL 33733

PA Dept of Corrections
INMATE MAIL

US POSTAGE
ZIP 15510 $002.96
0001397502 JUN 24 2022

U.S.M.S. X-RAY

Clerk OF Court
United States District Court Eastern District
601 Market St
Phila PA 19106

RECEIVED
JUN 29 2022

```
Court Name: EDPA-Philadelphia
Division: 2
Receipt Number: PPE241371
Cashier ID: stomas
Transaction Date: 06/29/2022
Payer Name: CHRIS POWELL
------------------------------
WRIT OF HABEAS CORPUS
 For: CHRIS POWELL
 Amount:         $5.00
------------------------------
PAPER CHECK CONVERSION
 Remitter: SCI SOMERSET
 Check/Money Order Num: 36202
 Amt Tendered:   $5.00
------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00
```

Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.